AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Charles Tyler Himber

_____
Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00013
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 1/16/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Charles Tyler Himber_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority);
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly or Disruptive Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: __01/16/2024__                                           _____M.A. Upadhyaya_____
                                                                                *Issuing officer's signature*

City and state: _____Washington, D.C._____          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* __01/16/24__, and the person was arrested on *(date)* __2/16/24__
at *(city and state)* __Golden Meadow, LA__.

Date: __2/16/24__                                            _____[signature]_____
                                                                                *Arresting officer's signature*

                                                                      Christian Simon Special Agent
                                                                                *Printed name and title*